# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACV 10-00201-CJC | Date December 2, 2010 |
| Title In re Vinci Investment Co Inc | |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **December 12, 2010** why this action should not be dismissed for lack of prosecution.

This Order is based upon appellant's failure to file the documents required by Rule 8006 of the Bankruptcy Rules. Counsel is advised that the Court will consider the filing of the following documents in Bankruptcy Court with a status report to the District Court as an appropriate response to this Order to Show Cause, on or before the above date, to avoid dismissal:

   **X**   Designation of Record

   **X**   Statement of Issues on Appeal

   ____   Filing of Notice Regarding Ordering of Transcript

   ____   Reporter's transcript has not been filed

   ____   Appellant's opening brief

   ____   Appellee's opening brief

   ____   Appellant's reply brief

If this case has been settled and/or dismissed in the Bankruptcy Court you must file a **separate** dismissal in the District Court.

|  | : 00 |
|---|---|
| Initials of Preparer | mu |